**Phillip J. OAKES, Plaintiff–Appellant**

v.

**Kaye HOWELL, Warden, Randall Williams Correctional Facility, Arkansas Department of Correction; Ray Hobbs, Director, Arkansas Department of Correction; Wendy Kelley, Deputy Director, Arkansas De-**

**partment of Correction; George Wilson, Director, Corizon Inc.; Judith Savoy, Director of Nurses, Corizon Inc., Defendants–Appellees.**

No. 13–2005.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 22, 2013.

Filed: Dec. 16, 2013.

Dec. 16, 2013.

Phillip J. Oakes, Pine Bluff, AR, pro se.

James Owen Howe, Attorney General's Office, Little Rock, AR, Michelle Banks Odum, Humphries & Lewis, White Hall, AR, for Defendant–Appellee.

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas inmate Phillip Oakes appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action for damages, asserting a claim of deliberate indifference to his serious medical needs. After careful de novo review, *see Sutherland v. Mo. Dep't of Corr.,* 580 F.3d 748, 750 (8th Cir.2009) (standard of review), we find no basis for reversal, and accordingly we affirm, *see* 8th Cir. R. 47B.

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District

of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.